### WINIFRED A. KLOTER *v.* CARABETTA ENTERPRISES, INC.

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 103, is denied.

*Stephen T. Gionfriddo,* in support of the petition.

*Jerome D. Levine,* in opposition.

Decided March 13, 1985

### BELLE PERL, EXECUTRIX (ESTATE OF GUSTAVE G. PERL) *v.* HOWARD CASE

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 111, is denied.

*Mark S. Shipman,* in support of the petition.

*Edward S. Hyman,* in opposition.

Decided March 13, 1985

### BANK OF MONTREAL *v.* GARY GALLO

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 268, is denied.

*Raymond F. Ross,* in support of the petition.

*Richard C. Stewart,* in opposition.

Decided March 22, 1985

### STATE OF CONNECTICUT *v.* JESSIE MUNOS ZAYAS

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 289, is denied.

*Joseph G. Bruckman,* in support of the petition.

*John M. Massameno,* in opposition.

Decided March 22, 1985